UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLERMONT YORK ASSOCIATES, LLC,                         Civil Action No.
                                                                             07 CV 7331(PKC)(DCF)
                Plaintiff-Petitioner,                         DECLARATION
                                                                              <u>OF SERVICE</u>

-against-

DAVID GORDON

                Defendant-Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK}
COUNTY OF NASSAU } ss.:

      ROSA DEJESUS hereby affirms the truth of the following under 28 USC §1746, under penalty of perjury:

      I am over 18 years of age, reside at c/o Horing Welikson & Rosen P.C., and am not party to this action. On September 17, 2007, I served the foregoing Notice of Motion and Affirmation in Support with Exhibits on Defendant-Respondent David Gordon by first class mail by placing a copy thereof in a preaddressed envelope, sealing same, affixing proper postage thereto, and depositing same in an official depository of the United States Postal Service within New York State (namely the Williston Park Post Office on Hillside Avenue in Williston Park), addressed as follows:

      David Gordon, Respondent-Defendant pro se
      444 E. 82nd Street - Apartment 34B
      New York, NY 10028

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 17, 2007 at Williston Park, New York.

      /s/
ROSA DEJESUS
HORING WELIKSON & ROSEN, P.C.
11 Hillside Avenue
Williston Park, New York 11596
(516) 535-1700
Attorneys for Plaintiff-Petitioner